■ JOHN OLIVER, Appellant, v PAULINE OLIVER, Respondent. (Appeal No. 1.) [615 NYS2d 951] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in awarding defendant an equitable share of plaintiff's residential property, purchased eight years after the parties separated but before plaintiff commenced this action for divorce. Defendant never lived in the home, nor did she contribute any funds or housekeeping services (see, Gross v Gross, 160 AD2d 976, 978). The court improperly took into consideration child support arrears cancelled by Family Court 10 years before plaintiff purchased the property in deciding to award defendant a share of that property. Consequently, the judgment is modified to delete the award to defendant of $14,667.

dent. (Appeal No. 2.) [615 NYS2d 1024] —Appeal unanimously dismissed without costs *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Nassau County, Kutner, J.—Equitable Distribution.) Present—Pine, J. P., Lawton, Wesley, Doerr and Boehm, JJ.